# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 7, 2026

Lyle W. Cayce
Clerk

No. 26-10111

United States of America,

*Plaintiff—Appellee*,

*versus*

Israel Noe Juarez-Velasquez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CR-260-1

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

IT IS ORDERED that Appellee's motion to reform the judgment is GRANTED. The reference to 8 U.S.C. § 1326(b)(2) is STRICKEN.

As Appellant acknowledges, his challenge to the constitutionality of his sentence is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), so we AFFIRM the sentence as modified.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-10111

IT IS FURTHER ORDERED that Appellee's motion for an extension of 30 days to file a brief is DENIED AS MOOT.